IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN C. TOMLINSON; SUSAN M. TOMLINSON; RHONDA L. SNYDER,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; U.S. BANK, N.A.; DOE DEFENDANTS 1-50,<br><br>    Defendants.<br>_____ | CV 13-00554 SOM-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 30, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiffs' Motion for Remand, and Order Denying Defendant's Motion to Sever Claims and Denying as Moot Defendant's Joinder in Motion to Sever Claims" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 18, 2014.



   /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Tomlinson, et al. v. Delutsche, et al., CV 13-00554 SOM-BMK, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION